Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17037−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Walter J. Cronin Jr
  4 Bridge Dr
  Blackwood, NJ 08012−2312

Social Security No.:
  xxx−xx−7214

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         11/3/21
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 28, 2021
JAN:

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Walter J. Cronin, Jr  
    Debtor

Case No. 21-17037-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Sep 28, 2021      Form ID: 132      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Walter J. Cronin, Jr, 4 Bridge Dr, Blackwood, NJ 08012-2312 |
| 519300793 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 519300794 | | Camden County, 1112 Union Ave, Cherry Hill, NJ 08002 |
| 519317638 | + | Jenkins & Clayman, 412 S. Whitehorse Pike, Audubon, NJ 08106-1311 |
| 519300797 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519300800 | + | Tara Jones, 21 Holly Drive, West Berlin, NJ 08091-3713 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519300796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:23 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519300795 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 20:45:14 | Capital One Bank, USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519300798 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Sep 28 2021 20:45:20 | Midland Mortgage, a division of MidFirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519300799 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 20:39:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 519300801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:11 | The Home Depot, PO Box 7032, Sioux Falls, SD 57117-7032 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 132 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

**Name**         **Email Address**

Denise E. Carlon
               on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eric Clayman
               on behalf of Debtor Walter J. Cronin  Jr mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net

Isabel C. Balboa
               ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4