| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WAU 21-028112<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A.,<br>D/B/A WELLS FARGO AUTO | Order Filed on November 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WALTER J. CRONIN, JR.,<br>                    DEBTOR | Case No.: 21-17037-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 5, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO, hereinafter "Secured Creditor", for relief from the Automatic Stay under Bankruptcy Code section 362(d) as to certain personal property as hereinafter set forth, AND CONSENT OF THE PARTIES APPEARING HEREON, and for good cause shown,

1. The parties herein agree that the automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Secured Creditor to rights in the personal property described below to the extent and in the matter provided by any applicable contract documents and non-bankruptcy law:

    _____ Property known as:   2013 BMW 3 Series
                                                      VIN WBA3B5C58DF594428

2. The Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

  /s/Elizabeth L. Wassall                               Date:  11-4-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

*[signature]*                                                    Date:  11-03-21
Rhondi Lynn Schwartz, Esquire
Attorney for the Debtor