Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−17037−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Walter J. Cronin Jr
    4 Bridge Dr
    Blackwood, NJ 08012−2312
Social Security No.:
    xxx−xx−7214
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

        NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 3, 2022.

Dated: February 3, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-17037-JNP

Walter J. Cronin, Jr                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                                      Page 1 of 2

Date Rcvd: Feb 03, 2022                          Form ID: plncf13                                      Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Walter J. Cronin, Jr, 4 Bridge Dr, Blackwood, NJ 08012-2312 |
| 519300793 | + Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519300794 | Camden County, 1112 Union Ave, Cherry Hill, NJ 08002 |
| 519317638 | + Jenkins & Clayman, 412 S. Whitehorse Pike, Audubon, NJ 08106-1311 |
| 519300797 | + Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519300800 | + Tara Jones, 21 Holly Drive, West Berlin, NJ 08091-3713 |
| 519318121 | + Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519300796 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:29 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519328960 | + Email/PDF: ebn_ais@aisinfo.com | Feb 03 2022 22:05:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519300795 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2022 22:05:27 | Capital One Bank, USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519348561 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519322908 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 03 2022 22:05:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519300798 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 03 2022 22:05:32 | Midland Mortgage, a division of MidFirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519300799 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2022 22:03:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 519350859 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2022 22:03:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519300801 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:40 | The Home Depot, PO Box 7032, Sioux Falls, SD 57117-7032 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-1                          User: admin                                      Page 2 of 2

Date Rcvd: Feb 03, 2022                       Form ID: plncf13                                 Total Noticed: 18

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519333598 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eric Clayman | on behalf of Debtor Walter J. Cronin  Jr mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6