UNITED STATES BANKRUPTCY COURT

District of New Jersey (Camden)

IN RE:   WALTER J CRONIN JR                CASE NO:   21-17037

CHAPTER:   13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 1-2 filed on 01/27/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

05/23/2022                            /s/Andres Bautista
                                      Bankruptcy Specialist
                                      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FILED
JEANNE A. NAUGHTON, CLERK
MAY 24 2022
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

# FedEx®

SS R↑ 526 ST 10
3 10:30 0123 A 05.24

ORIGIN ID:DALA   (972) 281-5041
VICTORIA CLARK
WELLS FARGO-DEALER SERVICES
250 E JOHN CARPENTER FWY
T9010-029 FL 02
IRVING, TX 75062
UNITED STATES US

SHIP DATE: 23MAY22
ACTWGT: 0.50 LB
CAD: 102748136/WSXI2600

BILL SENDER

TO COURTROOM 4C
MITCHELL H. COHEN U.S. COURTHOUSE
400 COOPER ST
4TH FLOOR
CAMDEN NJ 08102    REF: 0167261
(972) 281-5041
INV:
PO: T9010-029    DEPT: ESQ



FedEx Express

TUE - 24 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 0201   2734 2725 0123

XE TKAA    NJ-US   08102 PHL

