UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Walter J. Cronin, Jr.,

Debtor.

Case No.: 21-17037-JNP

Chapter: 13

Hearing Date: 9/13/2022

Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 4 Bridge Drive, Blackwood, NJ (Docket # 42)

_____

Date: 9/8/2022                                         /s/ Denise Carlon
                                                      Signature

*rev.8/1/15*