| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire (IB 4082)<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>(856) 663-5002 | |
| In Re:<br><br>**Walter J. Cronin, Jr.**<br><br>Debtor (s)' | Case No. 21-17037 (JNP)<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS |

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $3,161.00 total receipts applied to plan, then $341.00 per month, with an **amended wage order** for the remaining thirty-six (36) months, commencing October 1, 2022, for a total of forty-eight (48) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on February 2, 2022 remain in effect.

_____
Eric Clayman, Esquire
Attorney for Debtor

Dated: 9/16/22

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 9/20/2022

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2