Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17037 (JNP)

Walter J. Cronin, Jr.  
4 Bridge Drive  
Blackwood, NJ  08012-2312

Monthly Payment: $341.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/11/2022 | $75.00 | 02/11/2022 | $75.00 | 02/11/2022 | $75.00 | 02/11/2022 | $75.00 |
| 03/03/2022 | $75.00 | 03/03/2022 | $75.00 | 03/03/2022 | $75.00 | 03/03/2022 | $98.00 |
| 03/30/2022 | $80.75 | 03/30/2022 | $80.75 | 03/30/2022 | $80.75 | 03/30/2022 | $80.75 |
| 05/03/2022 | $80.75 | 05/03/2022 | $80.75 | 05/11/2022 | $80.75 | 05/20/2022 | $80.75 |
| 05/31/2022 | $80.75 | 06/08/2022 | $80.75 | 06/14/2022 | $80.75 | 06/17/2022 | $80.75 |
| 06/27/2022 | $80.75 | 07/01/2022 | $80.75 | 07/12/2022 | $80.75 | 07/13/2022 | $80.75 |
| 07/22/2022 | $80.75 | 07/29/2022 | $80.75 | 08/05/2022 | $80.75 | 08/12/2022 | $80.75 |
| 08/19/2022 | $80.75 | 08/26/2022 | $80.75 | 09/02/2022 | $80.75 | 09/12/2022 | $80.75 |
| 09/16/2022 | $80.75 | 09/23/2022 | $80.75 | 10/04/2022 | $80.75 | 10/18/2022 | $80.75 |
| 10/20/2022 | $80.75 | 10/21/2022 | $80.75 | 10/28/2022 | $80.75 | 11/01/2022 | $80.75 |
| 11/14/2022 | $80.75 | 11/21/2022 | $80.75 | 11/29/2022 | $80.75 | 12/02/2022 | $80.75 |
| 12/09/2022 | $80.75 | 12/16/2022 | $80.75 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WALTER J. CRONIN, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $3,366.18 | $698.82 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $134.11 | $0.00 | $134.11 | $0.00 |
| 3 | CAMDEN COUNTY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $2,095.07 | $0.00 | $2,095.07 | $0.00 |
| 5 | MARINER FINANCE, LLC | 33 | $1,761.93 | $0.00 | $1,761.93 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $9,289.26 | $0.00 | $9,289.26 | $0.00 |
| 7 | TARA JONES | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $366.76 | $0.00 | $366.76 | $0.00 |
| 9 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ERIC CLAYMAN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WALTER J. CRONIN JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PNC BANK, N.A. | 33 | $5,896.67 | $0.00 | $5,896.67 | $0.00 |
| 15 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 33 | $11,899.65 | $0.00 | $11,899.65 | $0.00 |
| 17 | PNC BANK, N.A. | 33 | $9,967.93 | $0.00 | $9,967.93 | $0.00 |
| 18 | MIDFIRST BANK | 13 | $538.00 | $267.79 | $270.21 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 11.00 | $0.00 |
| 09/01/2022 | Paid to Date | $3,161.00 |
| 10/01/2022 | 36.00 | $341.00 |
| 10/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,691.50 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $295.24 |
| Arrearages: | ($107.50) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**