Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17037 (JNP)

Walter J. Cronin, Jr.  
4 Bridge Drive  
Blackwood, NJ  08012-2312

Monthly Payment: $341.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2024 | $80.75 | 01/16/2024 | $80.75 | 01/23/2024 | $80.75 | 01/26/2024 | $80.75 |
| 01/31/2024 | $80.75 | 02/09/2024 | $80.75 | 02/15/2024 | $80.75 | 02/22/2024 | $80.75 |
| 02/28/2024 | $80.75 | 03/07/2024 | $80.75 | 03/13/2024 | $80.75 | 03/15/2024 | $-80.75 |
| 03/21/2024 | $80.75 | 03/27/2024 | $80.75 | 04/01/2024 | $80.75 | 04/08/2024 | $80.75 |
| 04/15/2024 | $80.75 | 04/23/2024 | $80.75 | 04/26/2024 | $80.75 | 04/30/2024 | $80.75 |
| 05/07/2024 | $80.75 | 05/15/2024 | $80.75 | 05/29/2024 | $80.75 | 05/30/2024 | $80.75 |
| 06/07/2024 | $80.75 | 06/12/2024 | $80.75 | 06/27/2024 | $80.75 | 07/09/2024 | $80.75 |
| 07/12/2024 | $80.75 | 07/19/2024 | $80.75 | 07/23/2024 | $80.75 | 07/24/2024 | $80.75 |
| 08/02/2024 | $80.75 | 08/09/2024 | $80.75 | 08/19/2024 | $80.75 | 08/21/2024 | $80.75 |
| 09/03/2024 | $80.75 | 09/09/2024 | $80.75 | 09/17/2024 | $80.75 | 09/19/2024 | $80.75 |
| 09/27/2024 | $80.75 | 10/02/2024 | $80.75 | 10/11/2024 | $80.75 | 10/22/2024 | $80.75 |
| 10/28/2024 | $80.75 | 10/29/2024 | $80.75 | 11/12/2024 | $80.75 | 11/19/2024 | $80.75 |
| 11/20/2024 | $80.75 | 11/27/2024 | $80.75 | 12/04/2024 | $80.75 | 12/16/2024 | $80.75 |
| 12/26/2024 | $80.75 | 12/30/2024 | $80.75 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WALTER J. CRONIN, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,065.00 | $4,065.00 | $0.00 | $698.82 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $134.11 | $0.00 | $134.11 | $0.00 |
| 3 | CAMDEN COUNTY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,095.07 | $0.00 | $2,095.07 | $0.00 |
| 5 | MARINER FINANCE, LLC | 33 | $1,761.93 | $0.00 | $1,761.93 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $9,289.26 | $6,687.05 | $2,602.21 | $2,830.21 |
| 7 | TARA JONES | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $366.76 | $0.00 | $366.76 | $0.00 |
| 9 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ERIC CLAYMAN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WALTER J. CRONIN JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PNC BANK, N.A. | 33 | $5,896.67 | $0.00 | $5,896.67 | $0.00 |
| 15 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 33 | $11,899.65 | $0.00 | $11,899.65 | $0.00 |
| 17 | PNC BANK, N.A. | 33 | $9,967.93 | $0.00 | $9,967.93 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 18 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $270.21 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 11.00 | $0.00 |
| 09/01/2022 | Paid to Date | $3,161.00 |
| 10/01/2022 | 36.00 | $341.00 |
| 10/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,199.00 |
| Total paid to creditors this period: | $3,799.24 |
| Undistributed Funds on Hand: | $363.40 |
| Arrearages: | ($483.00) |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**