Certificate Number: 06531-NJ-DE-040097546

Bankruptcy Case Number: 21-17037



06531-NJ-DE-040097546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2025, at 6:32 o'clock PM CDT, Walter J Cronin Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 16, 2025                By:   /s/Melissa Zahradnicek

                                          Name:  Melissa Zahradnicek

                                          Title:  Certified Credit Counselor