Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                    Case No.:  21−17037−JNP
                                    Chapter:  13
                                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter J. Cronin Jr
   4 Bridge Dr
   Blackwood, NJ 08012−2312

Social Security No.:
   xxx−xx−7214

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 6, 2025</u>                  <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court